**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SHOWAYNE SIDNEY MODESTE,

               Plaintiff,                      19 **CIVIL** 9390 (ALC)(SN)

      -v-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 20, 2020, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           September 21, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                          **Clerk of Court**
                       **BY:**       *K. Mango*
                                                          _____
                                                          **Deputy Clerk**