USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  December 15, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
   SHOWAYNE SIDNEY MODESTE,         :
                                                           :
                     Plaintiff,                 :         19-cv-9390 (ALC) (SN)
                                                           :
                   -against-                :         **ORDER**
                                                            :
   ANDREW M. SAUL, COMMISSIONER OF  :
   SOCIAL SECURITY,                                :
                                                            :
                  Defendant.               :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's notice of motion for Attorney's fees. (ECF No. 27.) The Court grants plaintiff leave to defer filing a memorandum of law in support of the application for fees until February 15, 2021.

**SO ORDERED.**

**Dated:**  December 15, 2020                                     _____

       New York, New York                              **ANDREW L. CARTER, JR.**
                                                                         **United States District Judge**